UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERTO ERICK SCALANT,

Plaintiff,

v.

SALVATORE FRATIANNI,

Defendant.

Case No. 25-cv-03156-RFL

**ORDER**

Re: Dkt. No. 24

Alberto Scalant, a detainee proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The sole Defendant in this case filed a motion for summary judgment on December 9, 2025. (Dkt. No. 20.) After Plaintiff failed to file a response, the Court ordered him to file an opposition by February 27, 2026, and denied his motion for appointment of counsel. (Dkt. No. 21.) Plaintiff timely filed an opposition (Dkt. No. 22) and a second motion to appoint counsel (Dkt. No. 24.) Plaintiff indicates that he never received the motion for summary judgment but only learned about it from his jail electronic tablet. (Dkt. No. 22 at 1.) It is unclear if Plaintiff reviewed the full motion for summary judgment and exhibits.

The Clerk shall send Plaintiff a copy of the motion for summary judgment with exhibits (Dkt. Nos. 19, 20.) By **April 3, 2026**, Plaintiff may file a supplemental opposition; if none is filed by then, the Court will assume he is relying on his original opposition. The second motion to appoint counsel (Dkt. No. 24) is DENIED without prejudice for the same reasons noted in the prior order.

**IT IS SO ORDERED.**

Dated: February 26, 2026

RITA F. LIN
United States District Judge